UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GASPAR DAVID GUZMAN, MARIA ISABEL GUZMAN, VANESSA GARCIA, NEXT FRIEND OF GASPAR DAVID GUZMAN JR. AND ASHLYN GIZELLE GUZMAN, MINORS,<br>*Plaintiffs*<br><br>VS.<br><br>CITY OF SAN ANTONIO; OFFICER J. DIEHL, OFFICER A. ORTIZ; AND OFFICER A. ESPINOZA<br>*Defendants* | §§§§§§§§§§§§§§ CIVIL ACTION NO. 5:19-CV-1091 |

**CERTIFICATE OF NOTICE**

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned, attorneys of record for Defendants **CITY OF SAN ANTONIO, OFFICER J. DIEHL, OFFICER A. ORTIZ, AND OFFICER A. ESPINOZA**, certify that on September 11, 2019, a copy of the Notice of Removal of this action was filed with the Bexar County District Clerk, who serves as the clerk for the 224th Judicial District Court of the State of Texas, Bexar County, Texas, and that written notice of the filing of the Notice of Removal was served by facsimile to the attorneys of record for the Plaintiffs named above. Attached to the notices were copies of the Notice of Removal. Removal of this action is effective as of that date, pursuant to 28 U.S.C. §1446.

Respectfully submitted,

**HOBLIT DARLING RALLS
HERNANDEZ & HUDLOW LLP**
6243 IH-10 West, Suite 601
San Antonio, Texas 78205
Telephone: (210) 224-9991
Facsimile: (210) 226-1544
E-mail: mralls@hdr-law.com

BY: _____
N. MARK RALLS
State Bar No. 16489200

**ATTORNEY FOR DEFENDANTS,
OFFICER J. DIEHL, OFFICER A. ORTIZ,
AND OFFICER A. ESPINOZA**


**CITY OF SAN ANTONIO**
Office of the City Attorney - Litigation Division
Frost Bank Tower
100 West Houston St., 18th Floor
San Antonio, TX 78205
Telephone: (210) 207-8789
Facsimile: (210) 207-4357
E-mail: Judith.Sanchez@sanantonio.gov

BY: /s/ Judith D. Sanchez
**JUDITH D. SANCHEZ**
SBN: 17570780

**ATTORNEY FOR DEFENDANT
CITY OF SAN ANTONIO**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent to the following, by the method indicated, on September 11, 2019, to:

Richard S. Hoffman **Via CMRRR**
611 S. Congress, #210
Austin, Texas 78704
Fax: (512) 322-9802
Email: rhoff88302@aol.com
*Counsel for Plaintiffs*

_____
N. Mark Ralls