UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GASPAR DAVID GUZMAN, MARIA ISABEL GUZMAN, VANESSA GARCIA, NEXT FRIEND OF GASPAR DAVID GUZMAN JR. AND ASHLYN GIZELLE GUZMAN, MINORS <br><br> VS. <br><br> CITY OF SAN ANTONIO; OFFICER J. DIEHL, OFFICER A. ORTIZ; AND OFFICER A. ESPINOZA | § § § § § § § § § § § § §  CIVIL ACTION NO. 5:19-CV-1091-OLG |

**DEFENDANTS' JOINT DESIGNATION OF TESTIFYING EXPERTS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME the **CITY OF SAN ANTONIO, OFFICER J. DIEHL, OFFICER A. ORTIZ** and **OFFICER A. ESPINOZA**, (hereinafter "Defendants"), in the above-styled and numbered cause, and timely submit this Joint Designation of Testifying Experts, pursuant to this Court's Scheduling Order and the Federal Rules of Civil Procedure.

Respectfully submitted,

**HOBLIT DARLING RALLS HERNANDEZ & HUDLOW, LLP**
6243 IH-10 West, Suite 601
San Antonio, Texas 78205
Telephone:    (210) 224-9991
Facsimile:    (210) 226-1544
Email:    mralls@hdr-law.com

BY: _/s/ N. Mark Ralls_
**N. MARK RALLS**
State Bar No. 16489200

**ATTORNEY FOR DEFENDANTS, OFFICER J. DIEHL, OFFICER A. ORTIZ, AND OFFICER A. ESPINOZA**

CITY OF SAN ANTONIO
**Office of the City Attorney**
Litigation Division
Frost Bank Tower
100 West Houston Street, 18th Floor
San Antonio, Texas 78205
Telephone:  (210) 207-8789
Facsimile:  (210) 207-4357
Email:  Judith.Sanchez@sanantonio.gov

By:  */s/ Judith D. Sanchez*
 **JUDITH D. SANCHEZ**
 State Bar No. 17570780

**ATTORNEY FOR DEFENDANT,
CITY OF SAN ANTONIO**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been sent to the following, by the method indicated, on April 16, 2020, to:

Richard S. Hoffman              **Via CM/ECF**
611 S. Congress, #210
Austin, Texas 78704
Telephone: (512) 217-7383
Fax: (512) 322-9802
Email: rhoff88302@aol.com
*Counsel for Plaintiffs*

N. Mark Ralls

## DEFENDANTS' JOINT DESIGNATION OF TESTIFYING EXPERT

It is the specific intention of Defendants to herewith supplement each and every discovery request propounded by the Plaintiffs, if any, which pertains to expert witnesses.

Although Defendants are designating individuals herein as experts, Defendants have not finally determined whether the individuals so designated will be called to testify at the time of trial. Defendants reserve the right to call or not call and/or de-designate any expert designated herein based upon the professional judgment of Defendants' attorneys at or before trial. Defendants reserve the right to further supplement their designation of experts as deemed necessary.

Defendants designate the following expert witnesses who may testify at time of trial:

1) **Albert Ortiz**
   **3926 River Falls**
   **San Antonio, Texas 78259**
   **(210) 545-6659**

Mr. Ortiz is an expert on law enforcement matters, including but not limited to training, supervision, tactics, discipline, use of force, arrest, search and seizure and all other facets of law enforcement. Mr. Ortiz will testify to the opinions set forth in his report. Defendants are attaching the report of Mr. Ortiz containing a listing of all information considered by him in reaching his opinions and conclusions regarding the incident made the basis of this lawsuit, and the bases therefore. Mr. Ortiz's report is attached hereto as Exhibit "A" and incorporated herein by reference for any and all purposes as though set forth verbatim. Additionally, attached hereto as Exhibit "B" and incorporated herein by reference for any and all purposes as though set forth verbatim, is Mr. Ortiz's curriculum vitae. Also, attached hereto as Exhibit "C" and incorporated herein by reference for any and all purposes as though set forth verbatim, is Mr. Ortiz's record of deposition and live testimony

Expected exhibits to which this witness may refer or rely upon when giving his testimony at trial are not fully known at this time but are expected to include related police records, relevant literature, any written report of this witness or other expert witness designated by any other party hereto, and any of the testimony of any party or other witness, the documents produced in this cause, depositions in this cause, and exhibits to said depositions. Defendants will supplement their list of expected trial exhibits and expected testimony as discovery proceeds in this case. This witness may refer to or rely upon any exhibit shown to or admitted into evidence by any other witness. Finally, Mr. Ortiz reserves the right to supplement and amend his report and opinions based on additional records.

Defendants also incorporate herein for all purposes as though set forth verbatim, the testimony of Mr. Ortiz in his oral deposition reflecting his opinions and conclusions and the bases therefore, at such time as it is taken herein.

Mr. Ortiz is compensated at the rate of $250.00 per hour for review and creation of documents, and consultations with attorneys. Deposition and trial testimony is charged at a flat rate of $1,500.00.

> **2) J. Rod McCutcheon**
> **203 Kiowa Drive North**
> **Lake Kiowa, Texas 76240**
> **(210) 683-8062**

Mr. McCutcheon is an expert on forensic toxicology. Mr. McCutcheon will testify to the matters and opinions set forth in his report. Defendants are attaching the report of Mr. McCutcheon containing a listing of all information considered by him in reaching his opinions and conclusions regarding the incident made the basis of this lawsuit, and the bases therefore. Mr. McCutcheon's report is attached hereto as Exhibit "D" and incorporated herein by reference for any and all purposes as though set forth verbatim. Additionally, attached hereto as Exhibit "E" and incorporated herein by reference for any and all purposes as though set forth verbatim, is Mr. McCutcheon's curriculum vitae. Also, attached hereto as Exhibit "F" and incorporated herein by reference for any and all purposes as though set forth verbatim, is Mr. McCutcheon's record of deposition and live testimony.

Defendants also incorporate herein for all purposes as though set forth verbatim, the testimony of Mr. McCutcheon in his oral deposition reflecting his opinions and conclusions and the bases therefore, at such time as it is taken herein.

Mr. McCutcheon is compensated at the rate of $300.00 per hour. He charges a minimum of $900.00 for deposition testimony ($300.00 per hour after 3 hours), and $2,400.00 per day for trial testimony ($1,200.00 minimum).

## DESIGNATION OF NON-RETAINED EXPERTS

To the extent that their training, experience, and education qualify them as experts, and to the extent such individuals may provide testimony determined to be of an expert nature, and without adopting the opinions and/or conclusions of these witnesses, Defendants list the following as non-retained expert witnesses. Defendants list them solely to reserve and preserve the right to use any and all of their testimony and to fully examine and cross-examine them at trial. Defendants refers the parties to all records obtained by Deposition by Written Questions, statements, investigative files and/or deposition testimony of each of these witnesses for the substance of their expected testimony. It is also expected that these witnesses will render opinions on those issues contained in Defendants' most recent pleading on file with the court on which they are qualified to testify. For clarity purposes, Defendants state that all of the persons listed below are fact witnesses. Defendants list them as experts only because, at the time of trial, the Court may determine that they cannot testify to their opinions and conclusions without such an expert designation. Defendants may or may not elicit expert opinions from them at the time of trial. Defendants reserve the right to call them, in person, by deposition or by records, at the time of trial.

Defendants designate the following non-retained expert witnesses who may testify at time of trial:

Any and all Officers, Employees, and the Custodian of Records of the San Antonio Police Department, 315 S. Santa Rosa, San Antonio, Texas including but not limited to:

**Officer Crystal Alsip**
**Detective R. Aguilar**
**Detective Michael Alvarez**
**Detective Rachel Barnes**
**Officer Philip Basile**
**CSI Sgt. K. Bender**
**Detective Edward Campos**
**Officer Marco Cantu**
**CSI Olinda Cardenas**
**Jonathan Cokerman**
**Officer Justin Delgado**
**Officer Jordan Diehl**
**Officer Angel Espinoza**
**Officer Bianca Garcia**
**Officer Daniel Gomez**
**Officer Robert Harralson**
**CSI Kenneth Hayles**
**Officer Nathan Hubert**
**Sergeant James Jones**
**Detective R. Juarez**
**Sergeant Richard Limon**
**Officer Patience Markich**
**Sergeant Kris Maurice**
**Officer Sandra Mc Cormick**
**Sergeant W. McCourt**
**Chief William McManus**
**Captain Ricky Meyer**
**Lieutenant Michael Mosley**
**Officer Ashley Ortiz**
**Detective R. Perez**
**Officer Matthew Pierson**
**Officer Christopher Potts**
**Officer Robert Rodriguez, Jr.**
**Detective Lawrence Saiz**
**Officer Angel Sandoval**
**Officer John Slaughter**
**Detective Ronald Soto**
**Officer Ernest Stevens**
**Officer Joshua Thomas**
**Detective George Valdez**
**Captain Timothy Vaughan**
**Officer Theo Weathersbee**

   Any and all Firefighters, Paramedics, Employees, and the Custodian of Records of the San Antonio Fire Department, 315 S. Santa Rosa, San Antonio, Texas including but not limited to:

   **Juan Avila**
   **Michael Bragg**
   **Kenneth Galan**
   **R. Galindo**
   **Laura Gurriere**
   **Jennifer Park**
   **J. Stevens**
   **Daniel Gonzales**

 Any and all officers, employees, and the Custodian of Records of the Bexar County Medical Examiner's Office, 7337 Louis Pasteur, San Antonio, Texas 78229-4565, (210) 335-4000, including but not limited to:

   **Dr. Randall Frost**
   **William D. McClain, M.D.**
   **Dr. D. Kimberly Molina**
   **Veronica Hargrove, Ph.D.**
   **Justin Trevino**
   **Jennifer Flores**

   Defendants reserve the right to further supplement their Designation of Expert Witnesses as deemed necessary.