**Exhibit "B"**

## Albert Ortiz Consulting, LLC
3926 River Falls
San Antonio, Texas 78259
C (210) 380-7839
e-mail  dcao2000@yahoo.com

**EMPLOYMENT:**

*2006-Present*  **Albert Ortiz Consulting, LLC**
*Consulting and Expert Witness Services in Premise Liability and Police Liability/Employment Issues*

*2002-2006*  **Chief of Police, San Antonio Police Department**
- Responsible for the administration of 250+ million dollar budget and management of 2700 employees

*2000-2002*  **Assistant Chief of Police, Administration Bureau Commander**
- Supervise two deputy chiefs and two captains
- Responsible for a 237 million dollar budget
- Direct the Resource Management Division which includes: Accounting and Personnel Unit; Research and Planning Unit; Crime Analysis Unit Management Accountability Program (MAP); Training Academy; and Recruiting Detail
- Manage the Professional Standards Section which includes: Internal Affairs Unit; Accreditation Detail; and Staff Inspection Detail
- Oversee the Support Services Division which includes: Community Services Section; Communications Unit; Records Unit; Victims Advocacy Section; Psychological Services; Vehicle Storage Unit; and Property and Evidence Room Detail

*1999-2000*  **Deputy Chief, Chief of Staff**
- Managed the day-to-day operations of the department
- Coordinated all police operations
- Supervised all personnel reporting to the Chief of Police

*1994-1999*  **Deputy Chief, Criminal Investigations Division Commander**
- Supervised three captains
- Directed all Major Crime Investigations including: Homicide; Sex Crimes; Robbery; Forgery; Narcotics; Vice; Traffic Investigations; Night Criminal Investigations Unit; Vehicle Crimes; Repeat Offenders Program; Evidence Unit; and Youth Crimes
- Administered a 30.9 million dollar budget

*1994-1994*  **Captain, Property Crimes Commander**
- Supervised three Lieutenants
- Directed the Burglary Unit; Theft Unit; Forgery Detail; and Auto Theft Unit

*1992-1994*  **Lieutenant, Intelligence Unit Commander**
- Supervised one sergeant
- Planned and directed Organized Crime Investigations
- Directed Criminal investigations of Public Officials and Police Officers
- Coordinated dignitary protection plans with various federal agencies for visiting heads of state

*1987-1992*  **Lieutenant, Homicide Unit Commander**
- Supervised three sergeants
- Directed the investigations of the Homicide Detail; the Sex Crimes Detail; Aggravated Assaults and Assaults Detail
- Created and Commanded the Officer Involved Shooting Team which investigated all shootings involving SAPD officers
- Prepared and administered a 5 million dollar budget

*1985-1987*  **Lieutenant, Special Operations (Gang/Directed Patrol)Unit Commander**
- Supervised two sergeants and a uniformed complement of sixteen officers who engaged in directed and saturation patrol
- Created and commanded the unit for the purpose of addressing gang and drug-related activity, as well as unique crime problems that were beyond the capabilities of the regular patrol officers
- Planned, coordinated, and directed the operations of the unit

*1984-1985*  **Sergeant, Sex Crimes Detail**
- Supervised 12 detectives

- Identified training needs for the detail
- Trained incoming personnel
- Coordinated investigation with outside agencies
- Handled complaints against officers and recommended disciplinary actions

1983-1984    ***Sergeant, Night Vice Unit***
- Supervised 15 detectives
- Planned and executed covert operations
- Identified training needs for the detail
- Trained incoming personnel
- Coordinated investigations with outside agencies
- Handled complaints against officers and recommended disciplinary actions

1983-1983    ***Sergeant, Patrol Supervisor***
- Supervised 15 Patrolmen
- Handled complaints against officers and recommended disciplinary actions

1980-1983    ***Detective, Vice Unit (Undercover Operative)***
- Investigated prostitution, gambling, pornography, and liquor law violations
- Provided direct support for other operational units

1972-1980    ***Patrolman***
- Field Training Officer
- Special Weapons and Tactics (SWAT) Team

**OTHER EMPLOYMENT:**
2000-2002    ***Professor, Criminal Justice Department, San Antonio College***
1972-1980    ***United States Army Reserves (Staff Sergeant)***

**EDUCATION:**
Texas State University, Master's in Criminal Justice
Southwest Texas State University, Bachelor of Applied Arts and Sciences (Major: Criminal Justice)
San Antonio College, Associates in Public Administration
South San Antonio High School

**AWARDS/HONORS/CERTIFICATES:**
Master Peace Officer Certification
Crime Prevention Specialist
B'Nai B'Rith- "Officer of the Year" Award
Alamo Area Rape Crisis Center- "Distinguished Community Service" Award
Texas Department of Human Services-"Contributions to Child Abuse Issues" Award
Alamo Area Rape Crisis Center- "Outstanding Voluntary Service" Award
Texas Department of Regulatory and Protective Services-Served on the original Child Death Review Panel for Bexar County
Created & Commanded the Officer Involved Shooting Team
Created & Commanded the Special Operations (Gang/Directed Patrol) Unit
Served on the Board of Directors and Instrumental in the Planning and Development of the Alamo Children's Advocacy Center
Pinnacle of Achievement Award – Bexar Family Support Conference (Mental Health Issues)
Crisis Intervention Program Award – Center for Health Care Services
Leadership Award – San Antonio Hispanic Police Officers Organization
Equality in Law Enforcement Award – League of United Latin American Cities (LULAC)

**MEMBERSHIPS:**
FBI NA- Federal Bureau of Investigation National Academy Associates
HAPCOA- Hispanic American Police Command Officers Association
The One Hundred Club of San Antonio

**SKILLS:**
Read, Write, and Speak Spanish Fluently
Computer Literate in Microsoft Applications and Web Navigation
Recognized as an Expert at the State and Federal Court Level in the Field of Criminal Investigations and Police Procedures; Recognized as a Security Expert in State Court

**PERSONAL:** Married to Elizabeth Ortiz; One son, Daniel; Step-daughters Stacy and Lesley