# Exhibit "C"

**Albert Ortiz Consulting, LLC**
**3926 River Falls**
**San Antonio, Texas 78259**
**Cell (210) 380-7839**

April 4, 2019

Following is a list of cases in which I have testified in the last four years.

**TRIAL TESTIMONY:**

1) Asset Protection Services v. Trailboss Enterprises
   County Court at Law # 4, Nueces County, Texas
   Cause No. 2013-CCV-60506-04
   Contract Dispute – March 2, 2016

2) State of Texas v. Anthony Thomas
   379 Criminal District Court, Bexar County, Texas
   Criminal Trial - May 24, 2017

3) Cheryl Jones, et al. v. City of San Antonio, et al.
   Cause No. Civil Action No.5:14-CV-00328-FB
   US District Court, Western District of Texas, San Antonio Division
   Police Liability Case – March 4, 2017

4) Aaron Alford v. City of San Antonio
   Appeal of Termination
   Police Employment Arbitration Hearing
   December 20, 2017

5) Saul Rodriguez v. Harris County
   Cause No. 2016-40476
   127th Judicial District Court, Harris County, Texas
   Police Liability Case (MV Accident) – January 24, 2018

6) Rodolfo Salinas, et al v. Nooner Holdings, et al
   Cause No. 2016 C 121273
   37th Civil District Court, Bexar County, Texas
   Premises Liability Case – February 7, 2019

Page 2 – Ortiz Testimony History

7) Walmsley v. Enterprise Management, et al
Cause No. C-1076-16 G
370th District Court, Hidalgo County, Texas
Negligent Undertaking/Activity Case – March 1, 2019

**DEPOSITION TESTIMONY:**

1) Asset Protection Security Services v. Trailboss Enterprises
Cause No. 2013-CV-60506-4
County Court at Law # 4, Nueces County Texas
Contract Dispute – December 16, 2015

2) Blanca Arizmendi v. Brownsville ISD, Brownsville ISD Police Department, and Sergeant Patrick Gabbert
Civil Action No. 1:16-CV-063
US District Court, Southern District of Texas, Brownsville, Division
Police Liability Case – August 0, 2016

3) Laura Blanco, et al. v. Houston Esperanza, et al.
State District Court of Harris County, Texas
Premises Liability Case – January 17, 2017

4) Peppar v. City of San Antonio & John Lee
Scott & Corothers v. City of San Antonio & John Lee
Cause No. 5:16-CV-158-DAE & 5:16-CV-221-DAE
US District Court, Western District of Texas, San Antonio Division
Police Liability Case – March 28, 2018

5) Walmsley v. Entertainment Mgmt., SFX Disco, et al.
Cause No. C-1076-16-G
370th Judicial District Court, Hidalgo County, Texas
Negligent Undertaking/Activity Case – September 5, 2018

6) Rogelio & Myrna Carlos v. Carlos Chavez, City of San Antonio, et al.
Civil Action No: 5-16-CV-251
US District Court, Western District of Texas, San Antonio Division
Police Liability Case – October 23, 2018

_____
Albert A. Ortiz