# Exhibit "E"

## CURRICULUM VITAE

J. Rod McCutcheon
203 Kiowa Drive North
Lake Kiowa, Texas 76240

210-683-8062 (Cell)                                              Email: rodmc05@yahoo.com

### EDUCATION
Bachelor of Science in Chemistry - 1970
University of Texas at Austin

### CERTIFICATION
Fellow - American Board of Forensic Toxicology (1978 to Present)

### AWARDS
Charles Tripp Award – Southwestern Association of Toxicologists, 2001
R.N. Harger Award – American Academy of Forensic Sciences Toxicology Section, 2016
Robert F. Borkenstein – National Safety Council, 2020

### EMPLOYMENT
Consulting Forensic Toxicologist
1985 to present

Chief Toxicologist – Bexar County Medical Examiner's Office
October 1, 2004 to February 11, 2011

Chief Toxicologist - Travis County Medical Examiner's Office
August 23, 1991, to September 10, 2004

Supervisor of Toxicology - Texas Department of Public Safety
May 1, 1980, to August 22, 1991

Chemist-Toxicologist - Texas Department of Public Safety
December 15, 1970, to May 1, 1980

### PROFESSIONAL MEMBERSHIP
American Board of Forensic Toxicology
Current Status – Fellow              Board of Directors – 2001 to 2010

American Academy of Forensic Sciences
Current Status – Retired Fellow      Offices Held - Toxicology Section Chair, 1989

Southwestern Association of Toxicologists
Current Status - Charter Member      Offices Held - President, 1985; Counselor, 1980-1982

Society of Forensic Toxicologist
Current Status - Member              Board of Directors – 2001 to 2003

National Safety Council
Current Status - Member, Drugs & Driving Division

The International Association of Forensic Toxicologists
Current Status – Member

Page 2 of 3 - J. Rod McCutcheon CV

PUBLICATIONS

McCutcheon, J.R., "Reverse-Phase HPLC Determination of Thioridazine and Mesoridazine in Whole Blood," Journal of Analytical Toxicology, Vol. 3, 1979, pp. 105-107.

Eaton D.K., McCutcheon, J.R., "Matrix Modification For Furnace Atomic Absorption Spectrometric Determination of Arsenic in Whole Blood," Journal of Analytical Toxicology, Vol. 9, 1985, pp. 213-216.

McCord C.E., McCutcheon J.R., " Preliminary Evaluation of the Abbot TDx for Benzoylecgonine and Opiate Screening in Whole Blood," Journal of Analytical Toxicology, Vol. 12, 1988, pp. 295-297.

Cowan J.M., McCutcheon J.R., Weatherman A., "The Response of the Intoxilyzer 4011AS-A to a Number of Possible Interfering Substances," Journal of Forensic Sciences, Vol. 35, No. 4, 1990, pp. 797-812.

Cowan J.M., McCutcheon J.R., Weatherman A., "Correlation Between Results of Analysis of Simultaneously Collected Venus Blood and End-Expired Breath Specimens," Alcohol, Drugs, and Driving, Vol. 9, No. 1, 1993, pp. 19-25.

McCutcheon J.R., Woods P.G., "Snack Crackers Yield Opiate-Positive Urine," Clinical Chemistry, Vol. 41, No. 5, 1995, pp. 769-770.

Cowan J.M., Weatherman A., McCutcheon J.R., Oliver R.D., "Determination of Volume of Distribution for Ethanol in Male and Female Subjects," Journal of Analytical Toxicology, Vol. 20, 1996, pp. 287-290.

Zvosec D.L., Smith S.W., McCutcheon J.R., Spillane J., Hall B.J., Peacock E.A. "Adverse Events, Including Death, Associated With The Use of 1,4-Butanediol" New England Journal of Medicine, Vol. 344: 2001, pp. 87-94.

Sphieler V., Lacinda D., Kupiec T., McCutcheon J., Kemp P., "Screening Post-Mortem Whole Blood for Oxycodone by ELISA Response Ratio," J.of Forensic. Sciences, Vol. 49, No. 3, 2004, pp. 621-626.

Hargrove V.M., McCutcheon J.R., "Comparison of Drug concentrations Taken From Clamped and Unclamped Femoral Vessels, " J. Anal. Toxicol. 32: 2008, pp. 621-625.

Molina D.K., McCutcheon JR and Rulon JJ Head Injuries, Pentobarbital and the Determination of Death, Am J Forensic Med Path 30(1): 75-77. 2009.

Essler S., Bruns K., Frontz M., McCutcheon J.R., A Rapid Quantitative Method of Carisoprodol and Meprobamate by Liquid Chromatography – Tandem Mass Spectrometry, Journal of Chromatography B, Vol. 908, pp. 155-160, 2012.

SELECTED PRESENTATIONS

Symposium - "Driving Under the Influence - Drugs Other Than Alcohol and Marijuana", Society of Forensic Toxicologists, St. Louis, MO, Fall 1984.

"Alprazolam Concentrations in Blood from Six DWI Suspects", American Academy of Forensic Sciences, Cincinnati, OH, 1989.

"Heroin Deaths – What's Happening in Austin", Southwestern Association of Toxicologists, Kansas City, KS, April 1996

Page 3 of 3 – J. Rod McCutcheon CV

SELECTED PRESENTATIONS (continued)

"Dilution Effects of IV Fluids On Alcohol Concentrations", Southwestern Association of Toxicologists, San Angelo, TX, Fall 1999.

"Fatal Intoxication Following Recreational Ingestion of 1,4-Butanediol", American Academy of Forensic Sciences, Reno, NV, February 2000.

"Two Pediatric Overdose Deaths Involving Hydrocodone, Chlorpheniramine, Brompheniramine and Pseudoephedrine", International Association of Forensic Toxicologists, Paris, France, August 2002.

"Practical Applications of LCMS in Routine Forensic Toxicology", Society of Forensic Toxicology, Workshop Chair, October 2003.

"Improving Toxicology Reporting in Fatal Crashes", American Academy of Forensic Sciences, February 2004.

"Morphine Concentrations in Comfort Care Patients", Southwestern Association of Toxicologists, November 2004.

"Calcium Channel Blockers in the Elderly", American Academy of Forensic Sciences, Workshop 2006.

" Methadone Overdose Concentrations", Southwestern Association of Forensic Toxicologists, Little Rock, AK, Spring 2007.

"Time Distinct Blood Draws in DWI Investigations", Alcohol Testing Alliance, June 2008.

"Synthetic Cannabinoids – An Overview", California Association of Toxicologists, May 2011.

Selected Continuing Education

"Pharmacology of Alcohol", A.W. Jones, Texas Department of Public Safety, February 1994.

"Effects of Alcohol on Driving Tasks", Closed Course Driving Study, Texas A& M, College Station, April 2000.

"Human Factors, Performance, and Transportation Safety – The Rest of the Story: Beyond Alcohol and Other Drug Impairment", Workshop, AAFS, February 2005.

"Blood Alcohol Concentration Extrapolation", Workshop, SOFT, October 2005.

"Blood Drug Levels and Impaired Driving", Workshop, TIAFT, August 2007.

"Symposium on Special Topics in Forensic Toxicology – Impact of Pharmacokinetics and Pharmacodynamics", Midwest Forensics Resource Center, Ames, IA, August 2008.

"Pharmacology for Toxicologists", Workshop, California Association of Toxicologists, January 2009.

"Marijuana: Old Drug, New Data", Workshop, SOFT, October, 2013.

"Postmortem Cannabinoids: Issues of Analysis and Interpretation", Workshop Co-Chair, SOFT, 2016.

"Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic", ACMT  Seminar,  December 2018.