J. Rod McCutcheon

Record of Deposition and Trial Testimony

CY 2016 thru CY 2019

| Date | Case | Court | Location | Type |
|---|---|---|---|---|
| 5/27/2016 | Shaw v. Palacio del Rio; Cause No. 2013-CI-08023 | 224th District Court, Bexar County | San Antonio | Depo |
| 7/19/2016 | Hampton v. A.K. Gillis; Cause No. 10908 | 62nd District Court, Delta Co., TX | Dallas | Depo |
| 8/25/2016 | Ramirez v. Taco Cabana; Cause No. 2014-CI-08567 | 45th District Court, Bexar County | Dallas | Depo |
| 8/29/2016 | Edwards v. Womack; Cause No. 14-10-71445 | 24th District Court, Victoria County, TX | Dallas | Depo |
| 10/5/2016 | Apeal of Larae Walker; Doc No. 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 | State Office of Administrative Hearings | Lake Kiowa | Depo |
| 11/29/2016 | Mary Kelly v. David Bruce Thomas; No. CJ-2014-412 | District Court of Payne County, Oklahoma | Dallas | Depo |
| 2/21/2017 | Jerry Watson, dec.; Minnesota Life Policy 1155503 | | Dallas | Depo |
| 3/31/2017 | Jones v. COSA; Civil Action No. 14-cv-00328-FB | In The Western District of Texas, San Antonio Division | San Antonio | Trial |
| 6/21/2017 | Lerma v. H & K Well Service | 229th Judicial District, Duval County | San Antonio | Depo |
| 6/26/2017 | Andrea Juarez v. Mazda Motors of America | No. 2015-DCV-0473; 384th Jud. Dist. El Paso Co. | Dallas | Depo |
| 10/17/2017 | Fahrenthold v. Thomas Ray Lentz; AEP | Cause No. 2016DCV-1156-B; 117th Dist. Nueces Co. | Corpus Christi | Depo |
| 10/23/2017 | Gaskin v. Screening Systems International | Cause No. 2014-DVC-219683; 434 Dist Court; Ft Bend C | Dallas | Depo |
| 1/30/2018 | Moser v. Floyd, Cause No. 2016DCV-4041-H | 347th District Court of Nueces County, Texas | Corpus Christi | Trial |
| 2/5/2018 | Martinez v. Applebees; Cause No.D-202-CV-2014-06634 | 2nd District Court, Bernalillo County, New Mexico | El Paso | Depo |
| 4/6/2018 | Juarez v. Mazda; Cause No. 2015DVC0473 | 384th District Court, El Paso County | El Paso | Trial |
| 3/13/2019 | Smith vs. Alvarado, Cause No. 2016-CI-08831 | 408th district court, Bexar County, Tecas | Dallas | Depo |
| 3/28/2019 | Estrada v. United Shutdown; Cause No. 2017-83720 | 55th Judicial District Sourt, Harris County | Ft. Worth | Depo |
| 4/2/2019 | Carter Zane Pickard Matter (child) | 413th District Court, Johnson Co. (Cleburne) | Cleburne | Hearing |
| 6/27/2019 | Deluna v. Espinosa Stone (Cause No. 17-1249-C425 | 425th Judicial District Court, Williamson Co., TX | Dallas | Depo |
| 7/12/2019 | Duboise v. Gallup, NM; No. D-1113-CV-2018-00008 | 11th Judicial district Court; McKinley County, NM | Denton | Depo |