UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GASPAR DAVID GUZMAN, MARIA ISABEL GUZMAN, VANESSA GARCIA, NEXT FRIEND OF GASPAR GASPAR DAVID GUZMAN JR. AND ASHLYN GIZELLE GUZMAN, MINORS, *Plaintiffs* | § § § § § § § § | |
| VS. | § | Civil Action No. 5:19-CV-1091-OLG |
| CITY OF SAN ANTONIO; OFFICER J. DIEHL, OFFICER A. ORTIZ; AND OFFICER A. ESPINOZA *Defendants* | § § § § § § | |

MOTION TO EXCUSE GASPAR GUZMAN AND
ISABEL GUZMAN FROM SETTLEMENT CONFERENCE

NOW COME TWO OF THE PLAINTIFFS, GASPAR GUZMAN AND MARIA ISABEL GUZMAN, by and through their attorney of record Richard Hoffman and file this Motion to Be Excused from the Settlement Conference set for August 26, 2021 and in support thereof respectfully state:

I.

The parties, through mediation, have settled all issues and now have a Settlement Conference set for August 26, 2021. All of the settlement proceeds, except attorney fees, are to be allocated to the two minor children through their Next Friend, Vanessa Garcia. This Court appointed Charles Frigerio as Guardian Ad Litem, and he is ready to

recommend that the proposed Settlement be approved by the Court.

II.

The witnesses anticipated for the hearing are the Guardian Ad Litem, Charles Frigerio and the Next Friend, Vanessa Garcia.

Plaintiffs Gaspar Guzman and Maria Isabel Guzman have no disagreement with the Settlement or with the Settlement proceeds being allocated to the minor children and would show the Court that their attendance at the hearing would be unnecessary for the Court and inconvenient for them. Neither of the grandparents speak English and both live in Brownsville, Texas.

PRAYER

WHEREFORE, for the reasons stated above Plaintiff Gaspar Guzman and Plaintiff Maria Isabel Guzman pray the Court excuse them from attendance at the Settlement Conference.

Respectfully Submitted,

/s/Richard S. Hoffman
Richard S Hoffman
611 S. Congress Ave. #210
Austin, TX 78704
512-217-7383
512-322-9802 (Fax)
Rhoff88302@aol.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that the above Motion was delivered on the 19th day of August, 2021 to the following by the method indicated:

/s/Richard S. Hoffman

Richard S. Hoffman
Bar No. 09787200

Judith Sanchez                                   VIA **CM/ECF**
City of San Antonio
Office of City Attorney
Litigation Division
Frost Bank Tower
100 W.Houston Street 18th Floor
San Antonio, TX   78205

                                                 N. Mark Ralls
Charles Frigerio                                 Hoblit Daling Ralls Hernandez
Attorney at Law                                  and Hudlow LLP
Riverview Towers                                 6243 IH-10 West, Site 601
111 Soledad Suite 465                            San Antonio, TX 78201
San Antonio, TX 78205