```
IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF TEXAS
          SAN ANTONIO DIVISION
```

| | |
|---|---|
| Gaspar David Guzman, Maria Isabel Guzman, Vanessa Garcia, Next Friend of Gaspar David Guzman, Jr. and Ashlyn Gizelle Guzman, Minors<br><br>V.<br><br>City of San Antonio, Officer J. Diehl, Officer A. ORTIZ, AND Officer A. Espinoza | Civil No. 5:19-CV-10901-OLG |

## UNOPPOSED MOTION TO REOPEN CASE

COMES NOW the Plaintiff Vanessa Garcia, Next Friend of Minors Gaspar David Guzman, Jr. and Ashlyn Gizelle Guzman, and prays the Court reopen the above styled and numbered cause and in support thereof respectfully shows:

1. All of the disputes in this case were resolved by the parties and approved in open Court on or about August 26, 2021.

2. Part of the approved Settlement Agreement involved payments to a third party insurer for the establishment of annuities for the two minor children.

3. The case was closed Administratively on September 30, 2021. The structured settlement had not been finalized at the time the case was closed.

4. Pursuant to the Internal Revenue Code, the terms of a structured settlement agreement involving minors must be included in the final Order entered by the Court. Plaintiff now has those terms.

3. Plaintiff requests the Court reopen the case to allow the required documents to be submitted and a final Order granted.

Respectfully Submitted

    /s/ Richard S. Hoffman
Richard S. Hoffman
611 S. Congress #210
Austin, TX 78704
(512)322-9800
Cell(512)217-7383
Fax 512-322-9802
Email: rhoff88302@aol.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that the above Motion To Reopen has been delivered to the following on the 17th day of November by the method indicated:

| | |
|---|---|
| Judith Sanchez<br>City of San Antonio<br>Office of City Attorney Litigation Division<br>Frost Bank Tower<br>100 W.Houston Street 18th Floor | CM/ECF |
| Charles Frigerio<br>Attorney at Law Riverview Towers<br>111 Soledad Suite 465<br>San Antonio, TX 78205 | CM/ECF |