**FILED**

December 15, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JU

DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

GASPAR DAVID GUZMAN, MARIA IS-
ABEL GUZMAN, VANESSA GARCIA,
NEXT FRIEND OF GDG AND AGG;

§
§
§
§

*Plaintiffs*,

§
§

CIVIL NO. SA-19-CV-01091-OLG

v.

§
§

CITY OF SAN ANTONIO, OFFICER J.
DIEHL, OFFICER A. ORTIZ, OFFICER
A. ESPINOZA,

§
§
§

*Defendants*.

§
§

## O R D E R

On this day, the Court considered the Settlement Agreement and Release (the "Settlement") filed by Plaintiff Vanessa Garcia, Next Friend of Minors G.D.G. and A.G.G. ("Plaintiff"). *See* Dkt. No. 47. Because the Settlement involves minors, the Court must find that it is fair, reasonable, and in the best interests of the minors and approve entry of the Settlement as to their claims. The Court held a Settlement Conference with the parties and the appointed Guardian Ad Litem on August 26, 2021, during which it determined that the Settlement was fair, reasonable, and in the best interests of Minors G.D.G. and A.G.G. During the Settlement Conference, the Court also directed the parties to submit a final proposed order for the Court's signature. It appears that the parties have only filed the Settlement and not a proposed order.

Accordingly, it is **ORDERED** that **within thirty (30) days of this Order**, the parties shall file a proposed order approving the signing of the Settlement for purposes of resolving all claims that Plaintiff, as Next Friend of G.D.G. and A.G.G., has brought or could have brought against Defendant City of San Antonio.

It is **FURTHER ORDERED** that **within thirty (30) days of this Order**, the parties shall file a fully executed version of the Settlement, including a fully executed version of the Qualified Assignment, Release, and Pledge Agreement, currently attached to the Settlement without signatures as Exhibit 1. *See* Dkt. No. 47-1.

It is **FINALLY ORDERED** that **within thirty (30) days of the Court's Order approving the Settlement**, the parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents.

It is so **ORDERED**.

**SIGNED** this  15th  day of December, 2021.

ORLANDO L. GARCIA
Chief United States District Judge