**FILED**
January 13, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Gaspar David Guzman, Maria Isabel Guzman, Vanessa Garcia, Next Friend of G. D. G., Jr. and AG. G., Minors | ) ) ) |
| | ) Civil No. 5:19-CV-1091-OLG |
| vs. | ) ) |
| City of San Antonio, Officer J. Diehl, Officer A. Ortiz, and Officer A. Espinoza | ) ) ) |

ORDER

THE COURT, having reviewed the Settlement Agreement between the Plaintiff, as Next Friend of G.D.G. and A.G.G., and the City of San Antonio, hereby approves the signing of the Agreement by the parties for purposes of resolving all claims that Plaintiff as Next Friend of G.D.G. and A.G.G. has brought or could have brought against the City of San Antonio.

It is so ORDERED.

SIGNED this 13th day of January, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE