IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Gaspar David Guzman, Maria Isabel Guzman, Vanessa Garcia, Next Friend of Gaspar David Guzman, Jr. and Ashlyn Gizelle Guzman, Minors<br><br>V.<br><br>City of San Antonio, (Officer J. Diehl, Officer A. ORTIZ, AND Officer A. Espinoza) | Civil No. 5:19-CV-10901-OLG |

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed. R.Civ.P. 41(a)(1)(A)(ii). that the above entitled action has been settled and the parties hereby stipulate to its dismissal on the merits with prejudice with each party to pay his or her attorney fees and costs.

/s/Richard S. Hoffman
Richard S. Hoffman
611 S. Congress #210
Austin, TX 78704
(512)322-9800
Cell(512)217-7383
Fax 512-322-9802
Email: rhoff88302@aol.com
Attorney for Plaintiff

/s/ Judith Sanchez
Judith Sanchez
City of San Antonio
Office of City Attorney Litigation Division
Frost Bank Tower
100 W.Houston Street 18th Floor

CERTIFICATE OF SERVICE

The undersigned affirms that the below named have been notified of this Stipulation of dismissal on January 24, 2022 in the manner noted:

/s/ Richard S. Hoffman<br>Richard S. Hoffman

| | | | |
|---|---|---|---|
| Charles Straith Frigerio<br>Riverview Towers<br>111 Soledad Suite 465<br>SaAntonio, TX 78205 | CM/ECF | Nathan Mark Ralls<br>Hobbit Darling Ralls Hernandez &Hublow<br>6243 IH-10 West, Suite 601<br>San Antonio, Tx 78201 | CM/ECF |